Michael **BALDONI**, Plaintiff—Appellant,

v.

**UNUMPROVIDENT; Illinois Tool Works, Inc.; Gaylord Industries Inc., Defendants—Appellees.**

No. 04–36046.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 5, 2006.

Submission Deferred May 11, 2006.

Resubmitted Sept. 5, 2006.

Decided Sept. 6, 2006.

Ralph E. Wiser, III, Esq., Lake Oswego, OR, for Plaintiff–Appellant.

R. Daniel Lindahl, Esq., Katherine S. Somervell, Esq., Bullivant Houser Bailey, PC, Portland, OR, for Defendants–Appellees.

Before: NOONAN, TASHIMA, and W. FLETCHER, Circuit Judges.

ORDER *

The district court judgment in this case is vacated. We remand to the district court for reconsideration in light of this court's recent en banc decision in *Abatie v.*

of this circuit except as provided by 9th Cir. R. 36–3.

*Alta Health and Life Ins. Co.*, 458 F.3d 955 (9th Cir.2006).

No costs.

---

\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.